UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON P. ZAPATA, | No. 2:16-cv-2531 KJN P |
| Petitioner, | |
| v. | ORDER |
| S. FRAUENHEIM, Warden, | |
| Respondent. | |

    Petitioner is a state prisoner, proceeding without counsel. On October 24, 2016, this court received three filings by petitioner, all addressed to the Madera County Superior Court: petition for writ of habeas corpus, opening brief, and a request for evidentiary hearing. (ECF Nos. 1-3.) In his request for evidentiary hearing, petitioner states that he was filing the petition "in order to exhaust state judicial remedies for his claims." (ECF No. 3 at 1.) Indeed, on October 25, 2016, petitioner's previously filed federal petition was stayed pending exhaustion of state court remedies. Zapata v. Frauenheim, No. 1:16-cv-1260 SAB (E.D. Cal.) (Fresno). Any challenge to the 2013 conviction in Madera County is properly brought in the Fresno Division of this court.

    Because it appears that petitioner inadvertently filed his documents in the wrong court, the clerk is directed to send petitioner's original filings to the Madera County Superior Court. The scanned copies of such filings are retained on this court's electronic docket, but this action is terminated. Petitioner is cautioned that he must direct future filings to the proper court; any

1

further filings in this action will be disregarded, and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send petitioner's original filings (ECF Nos. 1-3) to:

Madera County Superior Court
200 South "G" Street
Madera, CA  93637

2. The Clerk is directed to close this case.

Dated:  November 16, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/zapa2531.clo